IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03350-KLM

CARA FUNK

      Plaintiff

v.

LIGHTRAIL PROPERTIES, LLC

      Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CARA FUNK, Plaintiff and LIGHTRAIL PROPERTIES, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: March 15, 2022  FOR CARA FUNK, Plaintiff

             BY: */S/  R. Bruce Tharpe*
             R. Bruce Tharpe
             PO Box 101
             Olmito, Texas 78575
             (956) 255-5111 - Office
             (866) 599-2596 - Fax
             Texas State Bar ID No. 19823800

                                                Federal Bar ID 13098

DATED:     March 15, 2022            FOR LIGHTRAIL PROPERTIES, LLC

                                                BY:  ***/s/ Nadia G. Malik***
                                                Nadia G. Malik
                                                MALIK LEGAL SOLUTIONS, LLC
                                                2015 S. Dayton Street, Suite 203
                                                Denver, CO 80247
                                                (720) 504-0091 – Office